THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JEROME REESE, Defendant-Appellant.

(No. 59558;

First District (5th Division)—May 17, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Robert P. Isaacson, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Robert L. Horwitz, Assistant State's Attorneys, of counsel), for the People.